**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| Tamika Owens | ) | Case No. 15-41739 |
| | ) | |
| Debtor(s) | ) | Hon. Donald R Cassling |
| | ) | |
| | ) | Hearing Date: April 2, 2019 |
| | ) | Hearing Time: 9:30 a.m. |

\*\*\*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, affirms and certifies that a true, correct and **exact** copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object was served upon the attached SERVICE LIST by first class U.S. Mail on March 1, 2019.

GREGG SZILAGYI, Trustee

By: /s/ Gregg Szilagyi
One of his Attorneys

Gregg Szilagyi (ARDC #6198555)
209 South LaSalle Street
Suite 950
Chicago, Illinois 60604
Telephone: (312) 663-0801

*SERVICE LIST* (handwritten)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-41739<br>Northern District of Illinois<br>Chicago<br>Thu Jan 19 14:18:39 CST 2017 | Wells Fargo Dealer Services<br>P O BOX 19657<br>Irvine, CA 92623-9657 | U.S. Bankruptcy Court ~~(crossed out)~~<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| ATG CREDIT<br>1700 W CORTLAND ST STE 2<br>CHICAGO 60622-1131 | Advanced FootCare Center<br>2834 North Lincoln Ave<br>Chicago 60657-7203 | CHICAGO MUNICIPAL EMP<br>18 S MICHIGAN AVE S-1000<br>CHICAGO 60603-3200 |
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE 32256-7412 | Eye Specialists of Illinois<br>444 North Northwest Highway #360<br>Park Ridge 60068-3277 | ILLINOIS COLLECTION SE<br>8231 185TH ST STE 100<br>TINLEY PARK 60487-9356 |
| LOU HARRIS COMPANY<br>613 ACADEMY DR<br>NORTHBROOK,  600622420 | Little Company of Mary hospital<br>2800 W 95th St<br>Evergreen Park 60805-2795 | MRI Lincoln Imaging<br>4200 West 63rd Street<br>Chicago 60629-5010 |
| Medical Recovery Specialists LLC<br>2250 E Devon Ave # 352<br>Des Plaines 60018-4519 | Mt Sinai Hospital<br>1501 S California Ave<br>Chicago 60608-1732 | Presence Resurrection Medical Center<br>7435 W Talcott Ave<br>Chicago 60631-3707 |
| Quest Diagnostics<br>2441 Reynolds Street<br>Muskegon 49444-1565 | SUN CASH<br>598 Torrence Ave<br>Calumet City 60409-3813 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TRANSWORLD SYSTEMS I<br>PO BOX 17205<br>WILMINGTON 19850-7205 | WFDS<br>PO BOX 19657<br>IRVINE 92623-9657 |
| Eric Wang<br>The Semrad Law Firm<br>20 South Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | ~~Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, IL 60605-1564~~ (crossed out) | Janna L Quarless<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811<br>*jquarless@semradlaw.com* (handwritten) |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027<br>*USTPRegion11.ES.ECF@usdoj.gov* (handwritten) | Punit Marwaha<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Tamika Owens<br>1541 North Leclaire Ave, Apt #2<br>Chicago, IL 60651-1574 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sprint Corp.                          TMobile
PO Box 7949                           P.O. Box 742596
Attn Bankruptcy Dept                  Cincinnati,  45274
Overland Park,  66207
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)MiraMed Revenue Group, LLC         End of Label Matrix
                                      Mailable recipients   26
                                      Bypassed recipients    1
                                      Total                 27
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Tamika Owens | § | Case No. 15-41739 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          219 S. Dearborn Street
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/02/2019 in Courtroom 619,

          U.S. Bankrptcy Court
          219 S. Dearborn Street
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/01/2019          By: /s/ Gregg Szilagyi
                                                                   Trustee

*GREGG SZILAGYI, TRUSTEE*
*209 SOUTH LASALLE STREET*
*SUITE 950*
*CHICAGO, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| § | | |
| Tamika Owens § | Case No. 15-41739 | |
| § | | |
| Debtor § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 11,209.69 |
| leaving a balance on hand of[1] | $ | 13,790.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 2,097.21 | $ 0.00 | $ 2,097.21 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,097.21 |
| Remaining Balance | | $ | 11,693.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 182.57 | $ 0.00 | $ 182.57 |

Total to be paid to timely general unsecured creditors    $    182.57

Remaining Balance                                          $  11,510.53

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 3.12 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 11,527.94 .

      Prepared By: /s/ Gregg Szilagyi
      Trustee

*GREGG SZILAGYI, TRUSTEE*
*209 SOUTH LASALLE STREET*
*SUITE 950*
*CHICAGO, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.